IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

U.S. DISTRICT COURT
DISTRICT OF NEW ...

2017 DEC 13 PM 3: 21

CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 17-3501 RB |
| ) | |
| vs. ) | Count 1: 21 U.S.C. § 846: Conspiracy; |
| ) | |
| JESUS SANCHEZ, ) | Count 2: 21 U.S.C. §§ 841(a)(1) and |
| a.k.a. Jessie Sanchez, ) | (b)(1)(C): Distribution of a Mixture and |
| JIMMY MYERS, and ) | Substance Containing Methamphetamine; |
| STEPHANIE MURRAY, ) | 18 U.S.C. § 2: Aiding and Abetting; |
| ) | |
| Defendants. ) | Count 3: 21 U.S.C. §§ 841(a)(1) and |
| ) | (b)(1)(B): Distribution of 50 Grams and |
| ) | More of a Mixture and Substance Containing |
| ) | Methamphetamine; 18 U.S.C. § 2: Aiding |
| ) | and Abetting. |

## I N D I C T M E N T

The Grand Jury charges:

### Count 1

On or about April 28, 2017, in Eddy County, in the District of New Mexico, the defendants,

**JESUS SANCHEZ, a.k.a. Jessie Sanchez, JIMMY MYERS,** and **STEPHANIE MURRAY,**

unlawfully, knowingly, and intentionally combined, conspired, confederated, agreed, and acted

interdependently with each other and with other persons whose names are known and unknown

to the Grand Jury to commit an offense defined in 21 U.S.C. §§ 841(a)(1) and (b)(1)(C),

specifically, distribution of a mixture and substance containing a detectable amount of

methamphetamine.

In violation of 21 U.S.C. § 846.

### Count 2

On or about April 28, 2017, in Eddy County, in the District of New Mexico, the defendants, **JESUS SANCHEZ, a.k.a. Jessie Sanchez, JIMMY MYERS**, and **STEPHANIE MURRAY**, unlawfully, knowingly and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 3

On or about May 18, 2017, in Eddy County, in the District of New Mexico, the defendant, **JIMMY MYERS**, unlawfully, knowingly and intentionally distributed a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

### FORFEITURE ALLEGATIONS

Counts 1 through 3 of this indictment are incorporated as part of this section of the indictment as if fully re-alleged herein for the purpose of alleging forfeiture to the United States pursuant to 21 U.S.C. § 853.

Upon conviction of any offense in violation of 21 U.S.C. §§ 841 or 846, the defendants, **JESUS SANCHEZ, a.k.a. Jessie Sanchez, JIMMY MYERS**, and **STEPHANIE MURRAY**, shall forfeit to the United States pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of each offense for which the defendant is convicted, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense(s) of conviction.

The property to be forfeited to the United States includes, but is not limited to, the following:

1. MONEY JUDGMENT

A sum of money representing the proceeds obtained, directly or indirectly, as a result of the offenses set forth in Counts 1 through 3.

2. SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), 18 U.S.C. § 982(b), and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

11/28/2017 11:15 AM